EDWARD B. SHIDDELL, PLAINTIFF-RESPONDENT, v. ELECTRO RUST-PROOFING CORPORATION (N. J.), DE-FENDANT-PETITIONER.

*Mr. Robert L. Hood* for the petitioner.

*Messrs. Gilhooly, Yauch & Fagan* for the respondent.

February 14, 1955.  Denied.